**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CORVENGA LLC, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12 C 04846 |
| | ) | |
| SPECTRA MEDICAL DEVICES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**SPECTRA'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

Plaintiff Corvenga, L.L.C. ("Corvenga") brought breach of contract claims in this Court against Defendant, Spectra Medical Devices, Inc. ("Spectra"), resulting from the purchase and receipt of Spectra's trademarked medical needles. Spectra subsequently answered and filed numerous counterclaims, including counterclaims under Massachusetts law. Spectra now moves for transfer to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a).

Spectra respectfully moves to transfer of this case to the District of Massachusetts because: (1) most, if not all, key party representatives and witnesses reside in Massachusetts, resulting in expensive travel and logistical costs for both parties; (2) any documentary and physical evidence is located in Massachusetts; (3) every material event – from the negotiations regarding purchasing to actual delivery – occurred in Massachusetts; (4) the parties previously established that Massachusetts law governs at least part of the contract at issue; (5) the subpoena power of this Court is greatly diminished due to the distance between this Court and potential witnesses residing in Massachusetts; (6) Spectra's sole office is located in Massachusetts; and (7) Corvenga dealt with Spectra in Massachusetts and Corvenga maintains a Massachusetts office. As such, adjudicating this case in this Court is not only logistically and financially inconvenient

for both parties, but also will unfairly prejudice Spectra and unnecessarily burden this Court by forcing it to familiarize itself with the laws of Massachusetts and shuffle its already crowded docket.

WHEREFORE, for these reasons, and as set forth in Defendant Spectra's Memorandum in Support of Its Motion to Transfer Venue, and all other reasons which this Court may find proper, Spectra respectfully requests that this case be transferred to the United States District Court for the District of Massachusetts, and for such other relief as the Court deems just and proper.

Respectfully submitted,

SPECTRA MEDICAL DEVICES, INC.,
Defendant

By: /s/ Kal K. Shah
Kal K. Shah (IL 6275895)
Emily L. Peel (IL 6290433)
Adam Wolek (IL 6301207)
THOMPSON COBURN LLP
55 E. Monroe Street, 37th Fl.
Chicago, IL 60603
(312)346-7500
*Attorneys for Defendant*

Garry Blank
Blank and Solomon
Garry N. Blank, Esq.
449 Rte. 130
Sandwich, MA 02563
(508) 888-5900
*Of Counsel*